ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 7 2015
2:49 pm
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-CR-152-A |
| ERIC SUMMERS et. al. | |

## GOVERNMENT'S NOTICE OF INTENT TO USE AUDIO/VIDEO EVIDENCE

The Government intends to use at trial the following audio/video evidence, and/or a transcript of such evidence:

1. Various audio recordings (and transcripts thereof) of conversations between an undercover officer (UC) and Eric Summers.

2. Various audio recordings (and transcripts thereof) of conversations between a confidential informant (CI) and James Gatlin.

3. Audio recording (and transcripts thereof) of James Gatlin's interview and post-arrest statement.

4. Audio recording (and transcripts thereof) of David Godinez's post-arrest statement.

5. Various audio recordings (and transcripts thereof) of conversations between David Godinez and Ismael Rico.

6. Audio recording (and transcripts thereof) of Angela Cupit's interview and post-arrest statement.

7. Audio recording (and transcripts thereof) of Phillip Schenck's post-arrest statement.

8. Audio recording (and transcripts thereof) of Celeste Blair's interview.

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
State Bar of Texas No. 24033206
801 Cherry Street, Unit #4
Burnett Plaza, Suite 1700
Fort Worth, TX   76102-6897
Telephone:   817.252.5200
Facsimile:   817.978.3094

CERTIFICATE OF SERVICE

This is to certify that on the 7th day of July, 2015, a true and correct copy of the foregoing was served on opposing counsels.

SHAWN SMITH
Assistant United States Attorney

Government's Notice of Intent to Use Audio/Video Evidence - Page 2