IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | NO. 4:15-CR-152-A |
| ERIC SUMMERS, ET AL. | § | |

ORDER

The court ORDERS that the re-arraignment hearing of defendant **SHAWN TRAVIS CATHEY** be and is hereby, **set for 9:00 a.m.** on **August 7, 2015**, before the undersigned in the 4th Floor Courtroom of the United States Courthouse, Fort Worth, Texas.

The court further ORDERS that Shawn Travis Cathey and his attorney and the attorney of United States of America responsible for handling this case be present at such time, date, and place.

SIGNED July 27, 2015.

_____
JOHN McBRYDE
United States District Judge