1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF TEXAS

3                  FORT WORTH DIVISION

4   UNITED STATES OF AMERICA,     ) CASE NO. 4:15-CR-152-A
                                  )
5          Government,            )
                                  ) FORT WORTH, TEXAS
6   VERSUS                        )
                                  ) JANUARY 15, 2016
7   SHAWN TRAVIS CATHEY (08),     )
                                  )
8          Defendant.            ) 10:00 A.M.

9

10                      VOLUME 1 OF 1
                   TRANSCRIPT OF SENTENCING
11            BEFORE THE HONORABLE JOHN McBRYDE
              UNITED STATES DISTRICT COURT JUDGE

12

13  A P P E A R A N C E S:

14  FOR THE GOVERNMENT:    MR. SHAWN SMITH
                           UNITED STATES DEPARTMENT OF JUSTICE
15                         NORTHERN DISTRICT OF TEXAS
                           801 Cherry Street, Suite 1700
16                         Fort Worth, Texas  76102-6882
                           Telephone:  817.252.5200

17
    FOR THE DEFENDANT:     MR. WILLIAM REYNOLDS BIGGS
18                         William R. Biggs, PLLC
                           115 West 2nd Street, Suite 202
19                         Fort Worth, Texas  76102
                           Telephone:  817.332.3822

20
    COURT REPORTER:        MS. DEBRA G. SAENZ, CSR, RMR, CRR
21                         501 W. 10th Street, Room 424
                           Fort Worth, Texas  76102
22                         Telephone:  817.850.6661
                           E-Mail: debbie.saenz@yahoo.com

23

24  Proceedings reported by mechanical stenography, transcript

25  produced by computer.

<u>**I N D E X**</u>

**PROCEEDING**                                          <u>**PAGE**</u>

Objections to PSR by Mr. Biggs................   04

Court's Findings.............................   06

Government's Motion for Downward Departure......   06

<u>TESTIMONY OF CHRIS SMITH</u>

   Direct Examination by Mr. Smith..............   07

   Cross-Examination by Mr. Biggs...............   10

Court's Ruling...............................   11

Statements on Sentencing

   By Ms. Elaine Cathey.........................   12

   By Mr. Biggs.................................   12

   By the Defendant.............................   17

Sentence of the Court........................   18

Objection to Sentence........................   23

Reporter's Certificate.......................   25

Word Index...................................   26

**P R O C E E D I N G S**

January 15, 2016 – 10:00 a.m.

1

2

3      THE COURT:  Okay.  I'm next calling for sentencing

4  Number 4:15-CR-152-A.  It's United States of America versus

5  Shawn Travis Cathey.

6          And Mr. Smith's here for the government, and

7  Mr. Biggs is here for the defendant.

8          I'll have the defendant state his full name for the

9  record.

10      THE DEFENDANT:  Shawn Travis Cathey, Your Honor.

11      THE COURT:  You appeared before me on August 7,

12  2015, when you entered a plea of guilty to the offense charged

13  by the one-count indictment in this case, and that's the

14  offense of conspiracy to possess with intent to distribute a

15  controlled substance, and, of course, we're here today for

16  sentencing based on the conviction resulting from that plea.

17          Mr. Biggs, did you and your client receive in a

18  timely manner the presentence report and the addendum to it?

19      MR. BIGGS:  Yes, Your Honor.

20      THE COURT:  And did the two of you read those items

21  and then discuss them with each other?

22      MR. BIGGS:  Yes, Your Honor.

23      THE COURT:  Let's see.  There were some objections

24  to the presentence report.  Let me look at those.

25          Mr. Biggs, you've seen the government's response to

1  those objections, the probation officer's response, and my

2  January 8 order expressing my tentative conclusion that they

3  are without merit and that your client's not eligible for a

4  reduction of acceptance of responsibility.

5         I received an order -- I mean a -- what you called a

6  Response to the Court's January 8 Order.  It came in day

7  before yesterday, I think, where the defendant withdrew

8  objection number 1, so I'll consider that one withdrawn.

9         There's only one other objection.  Does your client

10  persist in pursuing that objection?

11         MR. BIGGS:  Your Honor, we have nothing to add.  We

12  have no evidence.  We don't --

13         THE COURT:  Does your client want to pursue that

14  objection?

15         MR. BIGGS:  Yes, Your Honor, at this time, yes.

16         THE COURT:  Okay.  And you're telling me you don't

17  have any evidence that you want to offer in support of it?

18         MR. BIGGS:  No, Your Honor.

19         THE COURT:  You're not telling me that?  What are

20  you telling me?

21         MR. BIGGS:  No.  Yes, correct, I do not have any

22  evidence to present in support of that objection.

23         THE COURT:  Okay.  Okay.  Well, let's look at that

24  objection.

25         Okay.  It's an objection to paragraph 50 of the

1   presence report.

2          MR. BIGGS:  Your Honor, I believe it's paragraph 51.

3          THE COURT:  Oh, it said -- the objection says

4   paragraph 50.  You're saying it's actually 51?

5          MR. BIGGS:  My apologies.

6          THE COURT:  Okay.  Well, the information in the

7   presence report, which the probation officer says is based

8   on reliable sources, indicates that that's -- the facts you're

9   objecting to in paragraph 51 are true, so I find from a

10  preponderance of the evidence that those facts support the

11  statements made in paragraph 51 in the presence report and

12  overrule that objection.

13         Okay.  Does that take care of all the objections?

14  Did you have any objections to the addendum?

15         MR. BIGGS:  No, Your Honor, and I'd like to just

16  make clear on the record that we don't contest any of the

17  facts that have been alleged.  We've just contested whether

18  that arises to a -- whether that is enough sufficient to

19  trigger an enhancement for the maintaining a premises.

20         THE COURT:  I think your concern is that the

21  objections might cause the Court to conclude that your

22  client's not entitled to acceptance of responsibility?

23         MR. BIGGS:  Yes, Your Honor, that's correct.

24         THE COURT:  Okay.  Well, I'm not going to reach that

25  conclusion, though I'm tempted to, but I'm not.

1              *MR. BIGGS:*  Okay.  Thank you, Your Honor.

2              *THE COURT:*  There being no further objections to the

3     presentence report, the Court adopts as the fact findings of

4     the Court the facts set forth in the presentence report as

5     modified or supplemented by the addendum and any facts I've

6     found from the bench.  The Court adopts as the conclusions of

7     the Court the conclusions expressed in the presentence report

8     as modified or supplemented by the addendum and any

9     conclusions I've expressed from the bench.

10             The Court concludes that the offense level -- the

11    total offense level is 39; that the Criminal History Category

12    is VI; that the imprisonment range is 360 months to 480

13    months; and that the supervised release range is 4 to 5 years;

14    and that the fine range is $25,000 to $5 million; and that a

15    special assessment of $100 is mandatory.

16             Okay.  The government has filed a motion -- I

17    believe the government filed a motion for a downward

18    departure.

19             Does the government wish to offer any evidence in

20    support of that?

21             *MR. SMITH:*  Yes, Your Honor.

22             *THE COURT:*  Okay.

23             *MR. SMITH:*  Government calls Agent Smith.

24             *THE COURT:*  Raise your right hand to be sworn.

25             (Witness Smith sworn)

1          *THE COURT:*  Okay.  Come up and be seated.

2          *THE WITNESS:*  Thank you, Your Honor.

3          *THE COURT:*  You may proceed.

4          *MR. SMITH:*  Thank you, Your Honor.

5                          **CHRIS SMITH,**

6     having been first duly sworn, testified as follows:

7                      **DIRECT EXAMINATION**

8     **BY MR. SMITH:**

9     *Q.*      Good morning.  Will you please state your name.

10    *A.*      Chris Smith.

11    *Q.*      And your current occupation?

12    *A.*      I'm a Special Agent with the Bureau of Alcohol,

13    Tobacco, Firearms and Explosives.

14    *Q.*      And you are one of the case agents on this case; is

15    that right?

16    *A.*      I am.

17    *Q.*      Can you tell us a little bit about Mr. Cathey's

18    cooperation with the government?

19    *A.*      Yes, sir.  I've encountered Mr. Cathey on two

20    separate occasions during this investigation, and both times

21    during those encounters Mr. Cathey was cooperative from the

22    beginning when we talked to him.  He also provided information

23    for several defendants of the case and also potential

24    target -- or excuse me, defendants in the future.

25    *Q.*      So Mr. -- or you were involved in interviews with

1    Mr. Cathey on several occasions; is that right?

2    A.      Yes, sir.

3    Q.      And that's from when -- from when he was arrested on

4    this case?

5    A.      Yes, sir.

6    Q.      Now, to detail some of the individuals that he

7    provided information on in the motion, and I'll just read

8    those names to you.

9            MR. SMITH:  And for the Court, they are on the

10   second page of the motion.

11   Q   (BY MR. SMITH)  The defendant brought information on

12   Samuel Hebert, Joseph Sutton, Rachel Adams, Michael Colby,

13   Brian Harris, and Larry Hawkins?

14   A.      Yes, sir.

15   Q.      And those were -- those are all defendants in related

16   DEA cases; is that right?

17   A.      Yes, sir, that is correct.

18   Q.      And some of the information -- obviously, the

19   government was aware of these individuals' activities, but

20   Mr. Cathey provided information that was corroborative of that

21   information and helped in securing their respective pleas; is

22   that right?

23   A.      Yes, sir, that's correct.

24   Q.      Okay.  And in addition to that, Mr. Cathey's

25   information is being used to hopefully further the

1  investigation and the indictments of approximately six future

2  targets; is that right?

3  A.      Yes, sir, that is correct.

4          THE COURT:  Are those the six people named, that he

5  just named?

6          THE WITNESS:  No, sir, that's additional, additional

7  to those other people.

8          THE COURT:  Who are they?

9          THE WITNESS:  It's on the DEA side of the

10  investigation.  It's still ongoing, Your Honor.

11          THE COURT:  Nobody's been charged yet?

12          THE WITNESS:  Not those six, Your Honor.

13          THE COURT:  Okay.  Well, what's the status of it?

14          THE WITNESS:  There's still more information that

15  we're putting together in order to seek a complaint on those

16  individuals.

17          THE COURT:  In other words, you're getting

18  information from somebody separate from Mr. Cathey?

19          THE WITNESS:  Yes, sir.  Mr. Cathey's information

20  and other individuals' information to corroborate the

21  information that Mr. Cathey has already given to us.

22          THE COURT:  Okay.  Go ahead.

23          MR. SMITH:  That's all the questions I have, Your

24  Honor.

25          THE COURT:  Do you have any questions of this

1   witness?

2               *MR. BIGGS:*  Briefly, Your Honor.

3               *THE COURT:*  Okay.

4                        **CROSS-EXAMINATION**

5   **BY MR. BIGGS:**

6   *Q.*       As the government has -- there are -- would it be

7   fair to say that the six future targets will be prosecuted,

8   it's just a matter of time?

9   *A.*       Yes, sir, I believe so.

10  *Q.*       And did Mr. Cathey introduce you to any of those

11  targets?

12  *A.*       I'd have to look at several interviews in order to

13  know whether he introduced those people or other people

14  introduced those people, but he did provide information on

15  those individuals.

16  *Q.*       His information was useful in their future

17  prosecution?

18  *A.*       Yes, sir.

19              *MR. BIGGS:*  No further questions, Your Honor.

20              *THE COURT:*  You mentioned that he had provided

21  information on a Hebert, Sutton, Adams, Colby, Harris, and

22  Hawkins.

23              Did all of those people plead guilty?  Am I correct?

24              *THE WITNESS:*  Yes, sir, I believe they are all --

25  pled guilty, yes, sir.

1      THE COURT:  And did the government have information

2   from other sources that would establish the guilt of those

3   people?

4      THE WITNESS:  Yes, sir.  It was corroborated with

5   Mr. Cathey's information, yes, sir.

6      THE COURT:  Okay.  In other words, the government

7   already had information, he simply gave information that was

8   consistent with what you already had?

9      THE WITNESS:  Yes, sir.

10      THE COURT:  Okay.  You can step down.

11      THE WITNESS:  Thank you, Your Honor.

12      THE COURT:  Okay.  I find that the defendant did

13   provide substantial assistance to the government in the

14   investigation and prosecution of the criminal activities of

15   others, and that he would be eligible for a sentence below the

16   bottom of the advisory guideline range.  Of course, there are

17   a lot of other factors that enter into it, and so I'll hear

18   from Mr. Biggs on that subject.

19      Did you have any evidence you wanted to offer

20   Mr. Biggs on the subject of a sentence below the bottom of the

21   guideline range?

22      MR. BIGGS:  Your Honor, I did have someone I wanted

23   to make a statement at the podium, if that's --

24      THE COURT:  Well, that's fine.  I'm trying to find

25   out if you had any evidence you wanted to offer.

```
 1              MR. BIGGS:  Not aside from that, no, Your Honor.

 2              THE COURT:  Okay.  Do you want that person to make a

 3    statement before you make your statement?

 4              MR. BIGGS:  Yes, Your Honor.

 5              THE COURT:  Okay.  Why don't you call that person

 6    forward.

 7              MR. BIGGS:  We'll call Elaine Cathey.

 8              MS. ELAINE CATHEY:  Your Honor, I'm Elaine Cathey,

 9    Shawn's mother.

10              THE COURT:  What city do you live in?

11              MS. ELAINE CATHEY:  I live in Weatherford, Texas.

12              THE COURT:  Okay.  Go ahead and make whatever

13    statement you would like to make.

14              MS. ELAINE CATHEY:  Okay.  I just wanted to say that

15    Shawn is the youngest of five children, and he never gave me

16    any problems when he was growing up.  He was very kind, and

17    he's always been a really kind person.  He's never had any

18    kind of violent crimes or anything.  His crime was just

19    getting involved in drugs, and he didn't do that until he was

20    older, and I just pray that you would have mercy on him.

21              THE COURT:  Okay.  Thank you.

22              MS. ELAINE CATHEY:  Thank you.

23              THE COURT:  Okay.  You can make whatever statement

24    you want to make on behalf of your client at this time.

25              MR. BIGGS:  Your Honor, additionally, I would just
```

1    like to point out there are several other family members here

2    on Mr. Cathey's behalf in the second row and the gentleman in

3    the third row in the middle.

4         Your Honor, as the Court has presumably received my

5    motion for downward variance that I submitted, I believe there

6    are facts that would justify a sentence below the guidelines,

7    separate and apart from the substantial assistance he

8    provided, and I believe he provided robust substantial

9    assistance.

10        The Fifth Circuit in the case of United States

11   versus Malone made clear that the Court, when deciding upon a

12   sentence, should depart based on substantial assistance, and

13   then from there, then consider whether the 3553(a) factors may

14   warrant a further deviation from the guidelines or may warrant

15   deviation from the guidelines since the 5K would be within the

16   guidelines framework.

17        So we would urge the Court to follow that approach,

18   and when the Court does, I would -- I believe that a sentence

19   well below the guidelines is appropriate.

20        Though that's the last step, I think when you're

21   just thinking about the case, though this happened later, had

22   Mr. Cathey not cooperated at all, I don't believe that the

23   sentence of 360 months would be fair at all, and that's if he

24   had not cooperated.

25        And the things I would point out are the things I

1    pointed out in my motion, which is that Mr. Cathey has no

2    violent criminal history whatsoever.  He has a number of drug

3    offenses, and they all took place in a relatively short period

4    of time in his life.  I'm talking about -- I wouldn't say

5    short, but certainly not over the course of his entire life,

6    basically age 34 to age 44.

7            After he got into using meth is sort of when this

8    downward spiral occurred, and you'll see that a number of -- I

9    mean, really all of his offenses are controlled -- are

10   substance abuse -- controlled-substance related, either

11   distributing or possessing.

12           There is a firearms offense as well, and there are

13   some alleged offenses pertaining to either evading arrest or

14   resisting arrest, but -- there's failure to identify, but

15   there's no violent crimes here.

16           And Mr. Cathey, while distributing narcotics is

17   certainly a harm, he also is -- he's suffering from that very

18   same harm himself, which is the great irony about this case.

19   When he's not using methamphetamine, he can be productive and

20   a useful member of society, and he's capable of doing it.

21           I would point out that he -- after he was released

22   from state custody most recently in 2013, he participated in

23   the Calvary Bible Institute and lived there and was doing

24   great, and the PSR even bears that out, that he was doing

25   really well, attendance, scholastically, et cetera, and then

1    he left to go home and that's when it started up again.

2             So, in the right structure, he can do well, and I

3    believe that that's what we have supervised release for is to

4    make sure that the structure -- he's put in a position where

5    he can succeed.  I know he wants to.

6             I know he regrets it, and you can tell based on -- I

7    mean, the fact that right when he was brought to account, he's

8    immediately cooperative.  He knew that he had done wrong.  He

9    was doing his best to try to certainly help the government,

10   and obviously help himself as well, but he doesn't -- he

11   doesn't want to continue in this lifestyle.

12            He's gone to prison very few times.  I mean, though

13   he has -- and I pointed this out in my motion.  He has

14   basically nine criminal history points from a single trip to

15   prison, but, I mean, what we're talking about is 75 days in

16   2006; a 2-year imprisonment sentence in 2006; 2008, one year.

17   In 2010, he got a 15-year sentence and a 5-year sentence run

18   concurrently, and ended up doing probably about 3 years on

19   that, and that's it.  That's all he's done.  I mean,

20   that -- those are his trips.

21            So, any sentence the Court's considering in this

22   case are going to absolutely dwarf the longest sentence -- all

23   these sentences combined, and I just think that even not

24   considering the -- even not considering the cooperation, I

25   think if you ask most people, you know, a period of 6 months

1   or however long -- we're not contesting any period of time,

2   but the amount of time that he was back out distributing

3   drugs, is that worth 30 years.

4          I think that's a staggeringly long sentence for what

5   occurred here, and that's why I would encourage the Judge, the

6   Court, after it imposes its 5K departure to consider a further

7   variance from the guidelines based on those factors, and the

8   fact that we have alternatives to prison.  We have supervised

9   release.  He can be on supervised release for his entire life,

10  and the Court could ensure that the public is protected.

11         And, Your Honor, one last thing is I just want to

12  make sure that the Court did receive several letters on

13  Mr. Cathey's behalf.

14         THE COURT:  I've received two sets of letters from

15  you, one with a letter from you dated January 8, and that had

16  four letters with it written on behalf of the defendant, and

17  then I received a letter from you yesterday that had with it

18  three letters written on behalf of the defendant, and I've

19  reviewed those and will take those into account.

20         MR. BIGGS:  Thank you, Your Honor, and I believe --

21  that's all I have, but I believe Mr. Cathey would like to

22  address the Court as well.

23         THE COURT:  Mr. Cathey, you have the right to make

24  any statement or presentation you would like to make on the

25  subject of mitigation, that is, the things you think the Court

1   should take into account in determining what sentence to

2   impose, or on the subject of sentencing more generally, and at

3   this time I'll invite you to do that.

4          *THE DEFENDANT:*  Thank you, Your Honor.

5          First, I just want to apologize to my mother, of

6   course.  You know, nobody ever anticipates you're going to be

7   overcome by a drug addiction.  You know, I certainly never

8   thought that I would.  I had an alcoholic father growing up,

9   and it was hard.  Of course, I don't drink today because of

10  it, but, you know, then there I was with -- bound by something

11  else, you know.

12         I voluntarily got out of prison and went to the

13  Calvary Commission.  It was best place I ever went to.  I wish

14  I had never left, but I had, and I got tangled up in this,

15  Your Honor, and, you know, it's a -- I admit 100 percent

16  responsibility.  It's my fault, nobody else's, nobody made me,

17  I did what I did, and I'm thoroughly remorseful and sorry for

18  it.  I don't want to be an enemy of the United States.

19         I still have some years left to live, and, you know,

20  prior to my doing drugs, I had helped several people.  You

21  know, I kept kids out of prison, gave them jobs, taught them

22  work ethics and so forth, donated stuff to churches -- not

23  that I did it expecting nothing in return, just, you know -- I

24  mean, I'm just -- I got a good heart.

25         God gave me a good heart, and he gave me good mother

```
1    as my best friend and my personal influence.  I'm really sorry

2    that I even put my family in this situation, sir, much less

3    myself, you know, and I got six -- my six kids, the youngest

4    being five, and I just -- I just want to be there for them.

5            You know, I was able to -- after the Calvary

6    Commission, I was able to start buying them Christmas presents

7    and give them money for their birthdays and try to guide them

8    to a Godly life because that's the only way I realized I'm

9    going to make it, and I just, you know, don't want to miss

10   their total complete childhood, you know.

11           I know it's probably -- it's already set on its

12   course, and I'm not denying any responsibility, as I said

13   before, sir, but I'm just asking for leniency from the Court.

14   You know, I'm a -- I'm a Christian man.  I just got tangled up

15   again, and I realize, boy, it's been the hardest time of my

16   life, and my mistakes that I made.

17           Calvary Commission is standing behind me.  They said

18   I'm welcome back.  When I get done with whatever kind of

19   prison term I get, that I'm welcome back, and I'm going to

20   just continue with them, take part in their ministries, and

21   just do what I can to keep kids and people, that I have a

22   chance to, to keep from going down the same path I have.

23           That's all I got to say, Your Honor.

24           THE COURT:  Okay.  Well, this is another case where

25   we have an extensive criminal record, and as Mr. Biggs pointed
```

1    out, the defendant has gotten off with light sentences for the

2    most part, and apparently he has not been willing to learn his

3    lesson.  He hasn't learned his lesson.  He's continued.

4         We have -- starting at age 34, the first one I

5    have -- well, yeah, at age 34, the first one I have, we have

6    three felony drug offenses, it looks like, at age 34.

7         Then at age 36, three more felony drug offenses.

8         Then at age 38, two more felony offenses, one

9    unlawful possession of a firearm and the other a possession of

10   a controlled substance.

11        In some of those instances, he was given deferred

12   adjudication, I believe, or probation.  Some of the earlier

13   ones was, and then he violated his probation and then was

14   adjudicated guilty.

15        Then on top of what I've already talked about, he

16   several times was charged with felony offenses where he

17   admitted he was guilty of the conduct he was charged with by

18   way of a plea in bar of prosecution.

19        That happened once when he was age 34 -- actually,

20   twice when he was age 34.  One of those was a failure to

21   identify fugitive.  He gave false information to a police

22   officer.  He gave a false name to a police officer.  And then

23   another -- well, both of them were failure to identify, and he

24   admitted his guilt to both of those as pleas in bars of

25   prosecution.  Well, that happened two more times at age 34.

1          I'm talking about the offenses that are described in

2     paragraphs 76, 77, 78, 79, 81, and 82 of the presentence

3     report.  Those were all instances where he was charged with

4     felony offenses, and admitted that he did engage in the

5     conduct he was charged with, but wasn't prosecuted because of

6     those admissions, and in each instance the admission was in

7     connection with a bar in prosecution.

8          *MR. BIGGS:*  Your Honor --

9          *THE COURT:*  Were it not for the defendant's

10    cooperation, and there's some question as to the -- what the

11    government's really gained from his cooperation.  Apparently

12    they had or have acquired information from other sources that

13    would accomplish what has already been accomplished or will be

14    accomplished on the subjects of his cooperation.  Were it not

15    for that, I would be sentencing at the top of the advisory

16    guideline range in this case, the 480 months of imprisonment.

17         I'm going to reduce what I otherwise would have done

18    to take into account his cooperation with the government, and

19    the sentence I'm going to impose also will take into account

20    all of the factors the Court should consider in sentencing

21    under 18 United States Code Section 3553(a).

22         So what I'm going to do to give him the benefit of

23    his cooperation with the government, I'm going to give him a

24    very significant reduction below 480 months, which is what I

25    would have done without his cooperation.

1          I'm going to sentence him at the bottom of the

2    guideline range at the 360 months, which is really a 120-month

3    or 10-year reduction from what his sentence would have been

4    had he not provided the cooperation to the government.

5          That would be combined with a -- by the way, that

6    sentence would be consecutive to any parole revocation

7    sentences or other sentences he would be subject to in the

8    Tarrant County district court cases; and that would be

9    combined with a term of supervised release of 4 years to start

10   when he's served his term of imprisonment; and payment of a

11   special assessment of $100 that would be payable at the time

12   of -- payable immediately as a special assessment.

13         The sentence I've described, in my view, is a

14   sentence that adequately and appropriately addresses all the

15   factors the Court should consider in sentencing under 18

16   United States Code Section 3553(a), as well as the defendant's

17   cooperation with the government, so that's the sentence I'm

18   going to impose.

19         The Court orders and adjudges that the defendant be

20   committed to the custody of the Bureau of Prisons to serve a

21   term of imprisonment of 360 months to run -- well, it runs

22   concurrently with one of the state court offenses, that's Case

23   Number 1413828D.  So whatever sentence he receives in that

24   case, this sentence would run concurrently with that.

25         But this sentence runs consecutively to any

1    sentences he receives in Case Numbers 1162888D, 1183196D, and

2    1174257D in a district court in Tarrant County, Texas.

3          I'm also ordering the defendant serve a term of

4    supervised release of 4 years that would start when he's

5    served his term of imprisonment.

6          Now, while on supervised release, the defendant

7    shall comply with the standard conditions that will be set

8    forth in the judgment of sentence and conviction, and the

9    following additional conditions:

10         He shall not commit another federal, state, or local

11   crime.

12         He shall not possess illegal controlled substances.

13         He shall cooperate in the collection of DNA as

14   directed by the probation officer and as authorized by the

15   Justice for All Act of 2004.

16         He shall refrain from any unlawful use of a

17   controlled substance, and shall submit to one drug test within

18   15 days of release from imprisonment and at least two periodic

19   drug tests thereafter, as directed by the probation officer.

20         He shall participate in a program approved by the

21   probation officer for treatment of narcotic or drug or alcohol

22   dependency and that will include testing for the detection of

23   substance use, and he shall abstain from the use of alcohol

24   and all other intoxicants during and after completion of that

25   treatment and shall contribute to the cost of those services

1    at the rate of at least $25 a month.

2          I'm also ordering that the defendant pay a special

3    assessment of $100.  That's payable immediately to the United

4    States of America through the office of the clerk of court

5    here in Fort Worth.

6          Mr. Cathey, you have the right to appeal from the

7    sentence I've imposed, if you're dissatisfied with it.  That

8    appeal would be to the United States Court of Appeals for the

9    Fifth Circuit.

10          You have the right to appeal in forma pauperis, that

11    means without any cost to you, if you qualify for it.  You

12    have the right to have the clerk of court file a notice of

13    appeal for you, and the clerk would do that forthwith, if you

14    were to specifically request it.

15          You and your attorney have been given a form that

16    outlines certain rights and obligations in reference to an

17    appeal.  If you haven't already done so, I want the two of you

18    to review that and be sure you understand it, and once both of

19    you are satisfied you understand it, I want both of you to

20    sign it and return it to the court coordinator.

21          Has that been done, Mr. Biggs?

22          *MR. BIGGS:*  Yes, Your Honor.

23          *THE COURT:*  Okay.  The defendant's remanded to

24    custody, and the attorneys are excused.

25          *MR. BIGGS:*  Your Honor, I'll object to the sentence

24

1     as substantively unreasonable for the reasons articulated in

2     my motion and the reasons I argued today.

3              I'd also object as procedurally unreasonable for, in

4     my opinion, failing to follow the three-step process set out

5     in Malone.

6              And I would also object, I believe some of the bases

7     for identified -- some of the offenses identified are -- that

8     were not adjudicated were actually misdemeanors and not

9     felonies.  Thank you.

10             *THE COURT:*  Okay.  We have some rearraignments

11    scheduled for 10:30, and it's a little after 10:30 now.  We've

12    been at this long enough we're going to have to take a

13    15-minute recess, so those who are here for the rearraignments

14    can take that into account.

15             *COURT SECURITY OFFICER:*  All rise.

16             (Recess)

17             *(End of Proceedings)*

18

19

20

21

22

23

24

25

1                    **REPORTER'S CERTIFICATE**

2          I, Debra G. Saenz, CSR, RMR, CRR, certify that the

3    foregoing is a true and correct transcript from the record

4    of proceedings in the foregoing entitled matter.

5          I further certify that the transcript fees format

6    comply with those prescribed by the Court and the Judicial

7    Conference of the United States.

8          Signed this 14th day of March, 2016.

9

10                         /s/ Debra G. Saenz

11                         DEBRA G. SAENZ, CSR, RMR, CRR
                           Texas CSR No. 3158
12                         Official Court Reporter
                           The Northern District of Texas
13                         Fort Worth Division

14

15   CSR Expires:        12/31/17

16   Business Address:   501 W. 10th Street, Room 424
                         Fort Worth, Texas  76102
17

18   Telephone:          817.850.6661

19   E-Mail Address:     debbie.saenz@yahoo.com

20

21

22

23

24

25

**$**

$100 [3]  6/15 21/11 23/3
$25/1  23/7
$25,000 [1]  6/14
$5 [1]  6/14
$5 million [1]  6/14

**-**

-- I [1]  17/23

**/**

/s [1]  25/10

**0**

04 [1]  2/3
06 [2]  2/4 2/5
07 [1]  2/7
08 [1]  1/7

**1**

10 [1]  2/8
10-year [1]  21/3
100 percent [1]  17/15
10:00 [2]  1/8 3/2
10:30 [2]  24/11 24/11
10th [2]  1/21 25/16
11 [1]  2/9
115 [1]  1/18
1162888D [1]  22/1
1174257D [1]  22/2
1183196D [1]  22/1
12 [2]  2/11 2/12
12/31/17 [1]  25/15
120-month [1]  21/2
1413828D [1]  21/23
14th [1]  25/8
15 [3]  1/6 3/2 22/18
15-minute [1]  24/13
15-year [1]  15/17
17 [2]  2/13 25/15
1700 [1]  1/15
18 [3]  2/14 20/21 21/15

**2**

2-year [1]  15/16
2004 [1]  22/15
2006 [2]  15/16 15/16
2008 [1]  15/16
2010 [1]  15/17
2013 [1]  14/22
2015 [1]  3/12
2016 [3]  1/6 3/2 25/8
202 [1]  1/18
23 [1]  2/15
25 [1]  2/16
26 [1]  2/17
2nd [1]  1/18

**3**

30 [1]  16/3
3158 [1]  25/11
34 [6]  14/6 19/4 19/5 19/6 19/20 19/25
34 -- actually [1]  19/19
3553 [3]  13/13 20/21 21/16
36 [1]  19/7
360 [4]  6/12 13/23 21/2 21/21
38 [1]  19/8
39 [1]  6/11

**4**

424 [2]  1/21 25/16
44 [1]  14/6

**480** [3]  6/12 20/16 20/24
4:15-CR-152-A [2]  1/4 3/4

**5**

5-year [1]  15/17
50 [1]  4/25 5/4
501 [2]  1/21 25/16
51 [4]  5/2 5/4 5/9 5/11
5K [2]  13/15 16/6

**6**

6882 [1]  1/16

**7**

75 [1]  15/15
76 [1]  20/2
76102 [3]  1/19 1/21 25/16
76102-6882 [1]  1/16
77 [1]  20/2
78 [1]  20/2
79 [1]  20/2

**8**

801 [1]  1/15
81 [1]  20/2
817.252.5200 [1]  1/16
817.332.3822 [1]  1/19
817.850.6661 [2]  1/22 25/18
82 [1]  20/2

**A**

a -- by [1]  21/5
a -- I [1]  17/15
a -- what [1]  4/5
a -- whether [1]  5/18
a.m [2]  1/8 3/2
able [2]  18/5 18/6
about [8]  7/17 13/21 14/4 14/18 15/15 15/18 19/15 20/1
about -- I [1]  14/4
absolutely [1]  15/22
abstain [1]  22/23
abuse [1]  14/10
abuse -- controlled-substance [1]  14/10
acceptance [2]  4/4 5/22
accomplish [1]  20/13
accomplished [2]  20/13 20/14
account [6]  15/7 16/19 17/1 20/18 20/19 24/14
acquired [1]  20/12
Act [1]  22/15
activities [2]  8/19 11/14
actually [5]  5/4 19/19 24/8
Adams [2]  8/12 10/21
add [1]  4/11
addendum [4]  3/18 5/14 6/5 6/8
addiction [1]  17/7
addition [1]  8/24
additional [3]  9/6 9/6 22/9
additionally [1]  12/25
address [3]  16/22 25/16 25/19
addresses [1]  21/14
adequately [1]  21/14
adjudges [1]  21/19
adjudicated [2]  19/14 24/8
adjudication [1]  19/14
admission [1]  20/6
admissions [1]  20/6
admit [1]  17/15
admitted [3]  19/17 19/24 20/4
adopts [2]  6/3 6/6
advisory [2]  11/16 20/15
after [6]  14/7 14/21 16/6 18/5 22/24

24/11
again [2]  15/1 18/15
age [10]  14/6 14/6 19/4 19/5 19/6 19/7 19/8 19/19 20/9 23
Agent [2]  6/23 7/12
agents [1]  7/14
ahead [2]  9/22 12/12
alcohol [3]  7/12 22/21 22/23
alcoholic [1]  17/8
all [19]  5/13 8/15 9/23 10/23 10/24 13/22 13/23 14/3 14/9 15/19 15/22 16/21 18/23 20/3 20/20 21/14 22/15 22/24 24/15
alleged [2]  5/17 14/13
already [7]  9/21 11/7 11/8 18/11 19/15 20/13 23/17
also [8]  7/22 7/23 14/17 20/19 22/3 23/2 24/3 24/6
alternatives [1]  16/8
always [1]  12/17
am [2]  7/16 10/23
AMERICA [3]  1/4 3/4 23/4
amount [1]  16/2
another [3]  18/24 19/23 22/10
another -- well [1]  19/23
anticipates [1]  17/6
any [21]  4/17 4/21 5/14 5/16 6/5 6/8 6/19 9/25 10/10 11/19 11/25 12/16 12/17 15/21 16/1 16/24 18/12 21/6 21/25 22/16 23/11
anything [1]  12/18
apart [1]  13/7
apologies [1]  5/5
apologize [1]  17/5
apparently [2]  19/2 20/11
appeal [5]  23/6 23/8 23/10 23/13 23/17
Appeals [1]  23/8
appeared [1]  3/11
approach [1]  13/17
appropriate [1]  13/19
appropriately [1]  21/14
approved [1]  22/20
approximately [1]  9/1
are [24]  4/3 4/19 5/9 7/14 8/9 8/15 9/4 9/8 10/6 10/24 11/16 13/1 13/6 13/25 14/9 14/9 14/12 15/20 15/22 20/1 23/19 23/24 24/7 24/13
are -- that [1]  24/7
are -- would [1]  10/6
argued [1]  24/2
arises [1]  5/18
arrest [2]  14/13 14/14
arrested [1]  8/3
articulated [1]  24/1
as [23]  6/3 6/4 6/6 6/8 7/6 10/6 13/4 14/12 15/10 16/22 18/1 18/12 18/25 19/24 20/10 21/12 21/16 21/16 22/13 22/14 22/19 24/1 24/3
aside [1]  12/1
ask [1]  15/25
asking [1]  18/13
assessment [4]  6/15 21/11 21/12 23/3
assistance [4]  11/13 13/7 13/9 13/12
attendance [1]  14/25
attorney [1]  23/15
attorneys [1]  23/24
August [1]  3/11
August 7 [1]  3/11
authorized [1]  22/14
aware [1]  8/19

**B**

back [3]  16/2 18/18 18/19

**B**

bar [2] 19/18 20/7
bars [1] 19/24
based [5] 3/16 5/7 13/12 15/6 16/7
bases [1] 24/6
basically [2] 14/6 15/14
be [23] 6/24 7/1 10/6 10/7 11/15 13/15 13/23 14/19 16/9 17/6 17/18 18/4 20/13 20/15 21/5 21/6 21/7 21/8 21/11 21/19 22/7 23/8 23/18
bears [1] 14/24
because [3] 17/9 18/8 20/5
been [11] 5/17 7/6 9/11 12/17 18/15 19/2 20/13 21/3 23/15 23/21 24/12
before [5] 1/11 3/11 4/7 12/3 18/13
beginning [1] 7/22
behalf [5] 12/24 13/2 16/13 16/16 16/18
behind [1] 18/17
being [3] 6/2 8/25 18/4
believe [13] 5/2 6/17 10/9 10/24 13/5 13/8 13/18 13/22 15/3 16/20 16/21 19/12 24/6
below [5] 11/15 11/20 13/6 13/19 20/24
bench [2] 6/6 6/9
benefit [1] 20/22
best [3] 15/9 17/13 18/1
Bible [1] 14/23
BIGGS [13] 1/17 1/18 2/3 2/8 2/12 3/7 3/17 3/25 10/15 11/18 11/20 18/25 23/21
birthdays [1] 18/7
bit [1] 7/17
both [5] 7/20 19/23 19/24 23/18 23/19
bottom [3] 11/16 11/20 21/1
bound [1] 17/10
boy [1] 18/15
Brian [1] 8/13
Briefly [1] 10/2
brought [2] 8/11 15/7
Bureau [2] 7/12 21/20
Business [1] 25/16
buying [1] 18/6

**C**

call [2] 12/5 12/7
called [1] 4/5
calling [1] 3/3
calls [1] 6/23
Calvary [4] 14/23 17/13 18/5 18/17
came [1] 4/6
can [10] 7/17 11/10 12/23 14/19 15/2 15/5 15/6 16/9 18/21 24/14
capable [1] 14/20
care [1] 5/13
case [15] 1/4 3/13 7/14 7/14 7/23 8/4 13/10 13/21 14/18 15/22 18/24 20/16 21/22 21/24 22/1
cases [2] 8/16 21/8
Category [1] 6/11
CATHEY [19] 1/7 2/11 3/5 3/10 7/19 7/21 8/1 8/20 9/18 9/21 10/10 12/7 12/8 13/22 14/1 14/16 16/21 16/23 23/6
Cathey's [6] 7/17 8/24 9/19 11/5 13/2 16/13
cause [1] 5/21
certain [1] 23/6
certainly [4] 14/5 14/17 15/9 17/7
Certificate [2] 2/16 25/1
certify [2] 25/2 25/5
cetera [1] 14/25
chance [1] 18/22
charged [6] 3/12 9/11 19/16 19/17 20/3 20/5

Cherry [1] 1/15
childhood [1] 18/10
children [1] 12/15
CHRIS [3] 2/8 7/3 7/16
Christian [1] 18/14
Christmas [1] 18/6
churches [1] 17/22
Circuit [2] 13/10 23/9
city [1] 12/10
clear [2] 5/16 13/11
clerk [3] 23/4 23/12 23/13
client [4] 3/17 9/4 4/13 12/24
client's [2] 4/3 5/22
Code [2] 20/21 21/16
Colby [2] 8/12 10/21
collection [1] 22/13
combined [5] 15/23 21/5 21/9
Come [1] 7/1
Commission [3] 17/13 18/6 18/17
commit [1] 22/10
committed [1] 21/20
complaint [1] 9/15
complete [1] 18/10
completion [1] 22/24
comply [2] 22/7 25/6
computer [1] 1/25
concern [1] 5/20
conclude [1] 5/21
concludes [1] 6/10
conclusion [2] 4/2 5/25
conclusions [3] 6/6 6/7 6/9
concurrently [3] 15/18 21/22 21/24
conditions [2] 22/7 22/9
conduct [2] 19/17 20/5
Conference [1] 25/7
connection [1] 20/7
consecutive [1] 21/6
consecutively [1] 21/25
consider [5] 4/8 13/13 16/6 20/20 21/15
considering [3] 15/21 15/24 15/24
consistent [1] 11/8
conspiracy [1] 3/14
contest [1] 5/16
contested [1] 5/17
contesting [1] 16/1
continue [2] 15/11 18/20
continued [1] 19/3
contribute [1] 22/25
controlled [6] 3/15 14/9 14/10 19/10 22/12 22/17
controlled -- are [1] 14/9
conviction [2] 3/16 22/8
cooperate [1] 22/13
cooperated [2] 13/22 13/24
cooperation [10] 7/18 15/24 20/10 20/11 20/14 20/18 20/23 20/25 21/4 21/17
cooperative [2] 7/21 15/8
coordinator [1] 23/20
correct [7] 4/21 5/23 8/17 8/23 9/3 10/23 25/3
corroborate [1] 9/20
corroborated [1] 11/4
corroborative [1] 8/20
cost [2] 22/25 23/11
could [1] 16/10
count [1] 3/13
County [2] 21/8 22/2
course [6] 3/15 11/16 14/5 17/6 17/9 18/12
court [33]
Court's [4] 2/4 2/9 4/6 15/21
CR [2] 1/4 3/4
crime [2] 12/18 22/11

crimes [2] 12/18 14/15
criminal [5] 6/11 11/14 14/2 15/14 18/25
Cross [2] 2/8 10/4
Cross-Examination [2] 2/8 10/4
CRR [3] 1/20 25/2 25/11
CSR [5] 1/20 25/2 25/11 25/11 25/15
current [1] 7/11
custody [3] 14/22 21/20 23/24

**D**

dated [1] 16/15
day [2] 4/6 25/8
days [2] 15/15 22/18
DEA [2] 8/16 9/9
debbie.saenz [2] 1/22 25/19
DEBRA [4] 1/20 25/2 25/10 25/11
deciding [1] 13/11
defendant [15] 1/8 1/17 2/13 3/7 3/8 4/7 8/11 11/12 16/16 16/18 19/1 21/19 22/3 22/6 23/2
defendant's [3] 20/9 21/16 23/23
defendants [7] 7/23 7/24 8/15
deferred [1] 19/11
denying [1] 18/12
depart [1] 13/12
DEPARTMENT [1] 1/14
departure [3] 2/5 6/18 16/6
dependency [1] 22/22
described [2] 20/1 21/13
detail [1] 8/6
detection [1] 22/22
determining [1] 17/1
deviation [2] 13/14 13/15
did [15] 3/17 3/20 5/14 10/10 10/14 10/23 11/1 11/12 11/19 11/22 16/12 17/17 17/17 17/23 20/4
didn't [1] 12/19
Direct [2] 2/7 7/7
directed [2] 22/14 22/19
discuss [1] 3/21
dissatisfied [1] 23/7
distribute [1] 3/14
distributing [3] 14/11 14/16 16/2
district [7] 1/1 1/2 1/11 1/15 21/8 22/2 25/12
DIVISION [2] 1/3 25/13
DNA [1] 22/13
do [10] 4/21 9/25 12/2 12/10 12/19 15/2 17/3 18/21 20/22 23/13
does [5] 4/9 4/13 5/13 6/19 13/18
doesn't [2] 15/10 15/11
doesn't -- he [1] 15/10
doing [6] 14/20 14/23 14/24 15/9 15/18 17/20
don't [8] 4/12 4/16 5/16 12/5 13/22 17/9 17/18 18/9
donated [1] 17/22
done [7] 15/8 15/19 18/18 20/17 20/25 23/17 23/21
down [2] 11/10 18/22
downward [4] 2/5 6/17 13/5 14/8
drink [1] 17/9
drug [7] 14/2 17/7 19/6 19/7 22/17 22/19 22/21
drugs [3] 12/19 16/3 17/20
duly [1] 7/6
during [3] 7/20 7/21 22/24
dwarf [1] 15/22

**E**

E-Mail [2] 1/22 25/19
each [2] 3/21 20/6
earlier [1] 19/12

## E

either [2]  14/10 14/13
Elaine [3]  15 17/20 23/20
eligible [2]  4/3 11/15
else [1]  17/11
else's [1]  17/16
encountered [1]  7/19
encounters [1]  7/21
encourage [1]  16/5
End [1]  24/17
ended [1]  15/18
enemy [1]  17/18
engage [1]  20/4
enhancement [1]  5/19
enough [2]  5/18 24/12
ensure [1]  16/10
enter [1]  11/17
entered [1]  3/12
entire [2]  14/5 16/9
entitled [2]  5/22 25/4
establish [1]  11/2
et [1]  14/25
ethics [1]  17/22
evading [1]  14/13
even [4]  14/24 15/23 15/24 18/2
ever [2]  17/6 17/13
evidence [7]  4/12 4/17 4/22 5/10 6/19
  11/19 11/25
Examination [4]  2/7 2/8 7/7 10/4
excuse [1]  7/24
excused [1]  23/24
expecting [1]  17/23
Expires [1]  25/15
Explosives [1]  7/13
expressed [2]  6/7 6/9
expressing [1]  4/2
extensive [1]  18/25

## F

fact [3]  6/3 15/7 16/8
factors [5]  11/17 13/13 16/7 20/20 21/15
facts [6]  5/8 5/10 5/17 6/4 6/5 13/6
failing [1]  24/4
failure [3]  14/14 19/20 19/23
fair [2]  10/7 13/23
false [2]  19/21 19/22
family [2]  13/1 18/2
father [1]  17/8
fault [1]  17/16
federal [1]  22/10
fees [1]  25/5
felonies [1]  24/9
felony [5]  19/6 19/7 19/8 19/16 20/4
few [1]  15/12
Fifth [2]  13/10 23/9
file [1]  23/12
filed [2]  6/16 6/17
find [3]  5/9 11/12 11/24
findings [2]  2/4 6/3
fine [2]  6/14 11/24
firearm [1]  19/9
firearms [2]  7/13 14/12
first [4]  7/6 17/5 19/4 19/5
five [2]  12/15 18/4
follow [2]  13/17 24/4
following [1]  22/9
follows [1]  7/6
foregoing [2]  25/3 25/4
form [1]  23/15
forma [1]  23/12
format [1]  25/5
FORT [8]  1/3 1/5 1/16 1/19 1/21 23/5

25/13 25/16
forth [3]  6/4 17/22 22/8
forthwith [1]  23/13
forward [1]  12/6
found [1]  6/6
four [1]  16/16
framework [1]  13/16
friend [1]  8/7
fugitive [1]  19/21
full [1]  3/8
further [6]  6/2 8/25 10/19 13/14 16/6
  25/5
future [4]  7/24 9/1 10/7 10/16

## G

gained [1]  20/11
gave [7]  11/7 12/15 17/21 17/25 17/25
  19/21 19/22
generally [1]  17/2
gentleman [1]  13/2
get [2]  18/18 18/19
getting [2]  9/17 12/19
give [3]  18/7 20/22 20/23
given [3]  9/21 19/11 23/15
go [3]  9/22 12/12 15/1
God [1]  17/25
Godly [1]  18/8
going [13]  5/24 15/22 17/6 18/9 18/19
  18/22 20/17 20/19 20/22 20/23 21/1
  21/18 24/12
gone [1]  15/12
good [4]  7/9 17/24 17/25 17/25
got [8]  14/7 15/17 17/12 17/14 17/24
  18/3 18/14 18/23
gotten [1]  14/1
government [18]  1/5 1/14 3/6 6/16 6/17
  6/19 6/23 7/18 8/19 10/6 11/1 11/6
  11/13 15/9 20/18 20/23 21/4 21/17
government's [3]  2/5 3/25 20/11
great [2]  14/18 14/24
growing [2]  12/16 17/8
guide [1]  18/7
guideline [4]  11/16 11/21 20/16 21/2
guidelines [6]  13/6 13/14 13/15 13/16
  13/19 16/7
guilt [2]  11/7 23/8
guilty [5]  3/12 10/23 10/25 19/14 19/17

## H

had [16]  10/20 11/7 11/8 11/25 12/17
  13/21 13/24 15/8 16/15 16/17 17/8
  17/14 17/14 17/20 20/12 21/4
hand [1]  6/24
happened [3]  13/21 19/19 19/25
hard [1]  17/9
hardest [1]  18/15
harm [2]  14/17 14/18
Harris [2]  8/13 10/21
has [12]  6/16 9/21 10/6 13/4 14/1 14/2
  15/13 15/13 19/1 19/2 20/13 23/21
has -- and [1]  15/13
has -- there [1]  10/6
hasn't [1]  19/3
have [38]
have -- well [1]  19/5
haven't [1]  23/17
having [1]  7/6
Hawkins [2]  8/13 10/22
he [68]
he -- after [1]  14/21
he's [12]  12/17 12/17 14/17 14/19 14/20
  15/4 15/7 15/12 15/19 19/3 21/10 22/4
hear [1]  11/17

heart [2]  17/24 17/25
Hebert [2]  8/12 10/21
help [2]  15/9 15/10
helped [2]  8/21 19/20
here [8]  3/6 3/7 3/15 13/1 14/15 16/5
  23/5 24/13
him [5]  7/22 12/20 20/22 20/23 21/1
himself [2]  14/18 15/10
his [21]  3/8 10/16 12/18 14/4 14/5 14/9
  15/9 15/20 16/9 19/12 19/3 19/13 19/24
  20/11 20/14 20/18 20/23 20/25 21/3
  21/10 22/5
history [3]  6/11 14/2 15/14
home [1]  15/1
Honor [33]
HONORABLE [1]  1/11
hopefully [1]  8/25
however [1]  16/1

## I

I'd [3]  5/15 10/12 24/3
I'll [6]  3/8 4/8 8/7 11/17 17/3 23/25
I'm [28]
I've [8]  6/5 6/9 7/19 16/14 16/18 19/15
  21/13 23/7
identified [2]  24/7 24/7
identify [3]  14/14 19/21 19/23
illegal [1]  22/12
immediately [3]  15/8 21/12 23/3
impose [3]  17/2 20/19 21/18
imposed [2]  23/7
imposes [1]  16/6
imprisonment [7]  6/12 15/16 20/16
  21/10 21/21 22/5 22/18
include [1]  22/22
Index [1]  2/17
indicates [1]  5/8
indictment [1]  3/13
indictments [1]  9/1
individuals [3]  8/6 9/16 10/15
individuals' [2]  8/19 9/20
influence [1]  18/1
information [22]  5/6 7/22 8/7 8/11 8/18
  8/20 8/21 8/25 9/14 9/18 9/19 9/20 9/21
  10/14 10/16 10/21 11/1 11/5 11/7 11/7
  19/21 20/12
information -- obviously [1]  8/18
instance [1]  20/6
instances [2]  19/11 20/3
Institute [1]  14/23
intent [1]  3/14
interviews [2]  7/25 10/12
intoxicants [1]  22/24
introduce [1]  10/10
introduced [2]  10/13 10/14
investigation [4]  7/20 9/1 9/10 11/14
invite [1]  17/3
involved [2]  7/25 12/19
irony [1]  14/18
is [38]
is -- he's [1]  14/17
it [32]
it's [13]  3/4 4/25 5/2 5/4 9/9 9/10 10/8
  17/15 17/16 18/11 18/11 18/15 24/11
items [1]  3/20
its [2]  16/6 18/11

## J

JANUARY [5]  1/6 3/2 4/2 4/6 16/15
January 8 [3]  4/2 4/6 16/15
jobs [1]  17/21
JOHN [1]  1/11
Joseph [1]  8/12

**J**

JUDGE [2] 1/11 16/5
judgment [1] 22/8
Judicial [1] 25/6
just [22] 5/15 5/17 8/7 9/5 10/8 12/14
 12/18 12/20 12/25 13/21 15/23 16/11
 17/5 17/23 17/24 18/4 18/4 18/9 18/13
 18/14 18/20 18/21
just -- I [2] 17/24 18/4
JUSTICE [2] 1/14 22/15
justify [1] 13/6

**K**

keep [2] 18/21 18/22
kept [1] 17/21
kids [1] 17/21 18/3 18/21
kind [4] 12/16 12/17 12/18 18/18
knew [1] 15/8
know [18] 10/13 15/5 15/6 15/25 17/6
 17/7 17/10 17/11 17/15 17/19 17/21
 17/23 18/3 18/5 18/9 18/10 18/11 18/14

**L**

Larry [1] 8/13
last [2] 13/20 16/11
later [1] 13/21
learn [1] 19/4
learned [1] 19/3
least [2] 22/18 23/1
left [3] 15/1 17/14 17/19
leniency [1] 18/13
less [1] 18/2
lesson [2] 19/3 19/3
Let [1] 3/24
let's [2] 3/23 4/23
letter [2] 16/15 16/17
letters [4] 16/12 16/14 16/16 16/18
level [2] 6/10 6/11
life [5] 14/4 14/5 16/9 18/8 18/16
lifestyle [1] 15/11
light [1] 19/1
like [6] 5/15 12/13 13/1 16/21 16/24
 19/6
little [2] 7/17 24/11
live [3] 12/10 12/11 17/19
lived [1] 14/23
local [1] 22/10
long [3] 16/1 16/4 24/12
longest [1] 15/22
look [3] 3/24 4/23 10/12
looks [1] 19/6
lot [1] 11/17

**M**

made [4] 5/11 13/11 17/16 18/16
Mail [2] 1/22 25/19
maintaining [1] 5/19
make [13] 5/16 11/23 12/2 12/3 12/12
 12/13 12/23 12/24 15/4 16/12 16/23
 16/24 18/9
Malone [2] 13/11 24/5
man [1] 18/14
mandatory [1] 6/15
manner [1] 3/18
March [1] 25/8
matter [2] 10/8 25/4
may [3] 7/3 13/13 13/14
McBRYDE [1] 1/11
me [11] 3/11 3/24 4/16 4/19 4/20 7/24
 12/15 17/16 17/25 17/25 18/17
mean [7] 4/5 14/9 15/7 15/12 15/15
 15/19 17/24

means [1] 23/11
mechanical [1] 1/24
member [1] 14/20
members [1] 19/4
mentioned [1] 10/20
mercy [1] 12/20
merit [1] 4/3
meth [1] 14/7
methamphetamine [1] 14/19
Michael [1] 8/12
middle [1] 13/3
might [1] 5/21
million [1] 6/14
ministries [1] 18/20
minute [1] 24/13
misdemeanors [1] 24/8
miss [1] 18/9
mistakes [1] 18/16
mitigation [1] 18/25
modified [2] 6/5 6/8
money [1] 18/7
month [2] 21/2 23/1
months [8] 6/12 6/13 13/23 15/25 20/16
 20/24 21/2 21/21
more [5] 9/14 17/2 19/7 19/8 19/25
morning [1] 7/9
most [3] 14/22 15/25 19/2
mother [3] 19/2 17/5 17/25
motion [9] 2/5 6/16 6/17 8/7 8/10 13/5
 14/1 15/13 24/2
motion -- I [1] 6/16
MR [7] 1/14 1/17 2/3 2/7 2/8 2/12 7/8
Mr. [29]
Mr. -- or [1] 7/25
Mr. Biggs [8] 3/7 3/17 3/25 10/5 11/18
 11/20 18/25 23/21
Mr. Cathey [13] 7/19 7/21 8/1 8/20 9/18
 9/21 10/10 13/22 14/1 14/16 16/21
 16/23 23/6
Mr. Cathey's [6] 7/17 8/24 9/19 11/5
 13/2 16/13
Mr. Smith's [1] 3/6
MS [1] 1/20 2/11
much [1] 18/2
my [18] 4/1 4/2 5/5 13/4 14/1 15/13 17/5
 17/16 17/20 18/1 18/1 18/2 18/3 18/15
 18/16 21/13 24/2 24/4
myself [1] 18/3

**N**

name [3] 3/8 7/9 19/22
named [2] 9/4 9/5
names [1] 8/8
narcotic [1] 22/21
narcotics [1] 14/16
never [4] 12/15 12/17 17/7 17/14
next [1] 3/3
nine [1] 15/14
no [12] 1/4 4/12 4/18 4/21 5/15 6/2 9/6
 10/19 12/1 14/1 14/15 25/11
nobody [3] 17/6 17/16 17/16
Nobody's [1] 9/11
NORTHERN [3] 1/2 1/15 25/12
not [25] 4/3 4/19 4/21 5/22 5/24 5/25
 9/12 12/1 13/22 13/24 14/5 14/19 15/23
 15/24 16/11 17/22 18/12 19/2 20/9 20/14
 21/4 22/10 22/12 24/8 24/8
nothing [2] 4/11 17/23
notice [1] 23/12
now [3] 8/6 22/6 24/11
number [5] 3/4 4/8 14/2 14/8 21/23
Numbers [1] 22/1

**O**

object [3] 23/25 24/3 24/6
objecting [1] 5/9
objection [10] 2/15 4/8 4/9 4/10 4/14
 4/22 4/24 4/25 5/3 5/12
objections [7] 2/3 3/23 4/1 5/13 5/14
 5/21 6/2
obligations [1] 23/16
obviously [2] 8/18 15/10
occasions [2] 7/20 8/1
occupation [1] 7/11
occurred [2] 14/8 16/5
of -- I [1] 14/8
of -- payable [1] 21/12
off [1] 19/1
offense [5] 3/12 3/14 6/10 6/11 14/12
offenses [11] 14/3 14/9 14/13 19/6 19/7
 19/8 19/16 20/1 20/4 21/22 24/7
offer [4] 4/17 6/19 11/19 11/25
office [1] 23/4
officer [6] 5/7 19/22 19/22 22/14 22/19
 22/21
officer's [1] 4/1
Official [1] 25/12
Oh [1] 5/3
Okay [28]
older [1] 12/20
on -- I [1] 15/6
once [2] 19/19 23/18
one [13] 3/13 4/8 4/9 7/14 15/16 16/11
 16/15 19/4 19/5 19/8 19/20 21/22 22/17
one-count [1] 3/13
ones [1] 19/13
ongoing [1] 9/10
only [2] 4/9 18/8
opinion [1] 24/4
order [5] 4/2 4/5 4/6 9/15 10/12
order -- I [1] 4/5
ordering [2] 22/3 23/2
orders [1] 21/19
other [14] 3/21 4/9 9/7 9/17 9/20 10/13
 11/2 11/6 11/17 13/1 19/9 20/12 21/7
 22/24
others [1] 11/15
otherwise [1] 20/17
out [12] 11/25 13/1 13/25 14/1 14/21
 14/24 15/13 16/2 17/12 17/21 19/1 24/4
outlines [1] 23/16
over [1] 14/5
overcome [1] 17/7
overrule [1] 5/12

**P**

page [2] 2/2 8/10
paragraph [5] 4/25 5/2 5/4 5/9 5/11
paragraphs [1] 20/2
parole [1] 21/6
part [2] 18/20 19/2
participate [1] 22/20
participated [1] 14/22
path [1] 18/22
pauperis [1] 23/10
pay [1] 23/2
payable [3] 21/11 21/12 23/3
payment [1] 21/10
people [10] 9/4 9/7 10/13 10/13 10/14
 10/23 11/3 15/25 17/20 18/21
percent [1] 17/15
period [3] 14/3 15/25 16/1
periodic [1] 22/18
persist [1] 4/10
person [3] 12/2 12/5 12/17

# P

personal [1] 18/1
pertaining [1] 5/24
place [2] 14/3 17/13
plea [3] 3/12 3/16 19/18
plead [1] 10/23
pleas [2] 8/21 19/24
please [1] 7/9
pled [1] 10/25
PLLC [1] 1/18
podium [1] 11/23
point [3] 13/1 13/25 14/21
pointed [3] 14/1 15/13 18/25
points [1] 15/14
police [2] 19/21 19/22
position [1] 15/4
possess [2] 3/14 22/12
possessing [1] 14/11
possession [2] 19/9 19/9
potential [1] 7/23
pray [1] 12/20
premises [1] 5/19
preponderance [1] 5/10
prescribed [1] 25/6
present [1] 4/22
presentation [1] 16/24
presentence [9] 3/18 3/24 5/1 5/7 5/11
 6/3 6/4 6/7 20/2
presents [1] 18/6
presumably [1] 13/4
prior [1] 17/20
prison [5] 15/12 15/15 17/12 17/21
 18/19
prison. [1] 16/8
prison. We [1] 16/8
Prisons [1] 21/20
probably [2] 15/18 18/11
probably -- it's [1] 18/11
probation [7] 4/1 5/7 19/12 19/13 22/14
 22/19 22/21
problems [1] 12/16
procedurally [1] 24/3
proceed [1] 7/3
PROCEEDING [1] 2/2
proceedings [3] 1/24 24/17 25/4
process [1] 24/4
produced [1] 1/25
productive [1] 14/19
program [1] 22/20
prosecuted [2] 10/7 20/5
prosecution [5] 10/7 11/14 19/18 19/25
 20/7
protected [1] 16/10
provide [2] 10/14 11/13
provided [7] 7/22 8/7 8/20 10/20 13/8
 13/8 21/4
PSR [2] 2/3 14/24
public [1] 16/10
pursue [1] 4/13
pursuing [1] 4/10
put [2] 15/4 18/22
putting [1] 9/15

# Q

qualify [1] 23/11
question [1] 20/10
questions [3] 9/23 9/25 10/19

# R

Rachel [1] 8/12
Raise [1] 6/24
range [7] 6/12 6/13 6/14 11/16 11/21
 20/16 21/2
rate [1] 23/1
reach [1] 5/24
read [2] 3/20 8/7
realize [1] 18/15
realized [1] 18/8
really [6] 12/17 14/9 14/25 18/1 20/11
 21/2
rearraignments [2] 24/10 24/13
reasons [2] 24/1 24/2
receive [2] 3/17 16/12
received [4] 4/5 13/4 16/14 16/17
receives [2] 21/23 22/1
recently [1] 14/22
recess [2] 14/13 24/16
record [4] 3/9 5/16 18/25 25/3
reduce [1] 20/17
reduction [3] 4/4 20/24 21/3
reference [2] 23/16
refrain [1] 22/16
regrets [1] 15/6
related [2] 8/15 14/10
relatively [1] 14/3
release [8] 6/13 15/3 16/9 16/9 21/9
 22/4 22/6 22/18
released [1] 14/21
reliable [1] 5/8
remanded [1] 23/23
remorseful [1] 17/17
report [9] 3/18 3/24 5/1 5/7 5/11 6/3 6/4
 6/7 20/3
reported [1] 1/24
REPORTER [2] 1/20 25/12
Reporter's [2] 2/16 25/1
request [1] 23/14
resisting [1] 14/14
respective [1] 8/21
response [3] 3/25 4/1 4/6
responsibility [4] 4/4 5/22 17/16 18/12
resulting [1] 3/16
return [2] 17/23 23/20
review [1] 23/18
reviewed [1] 16/19
revocation [1] 21/6
REYNOLDS [1] 1/17
right [12] 6/24 7/15 8/1 8/16 8/22 9/2
 15/2 15/7 16/23 23/6 23/10 23/12
rights [1] 23/10
rise [1] 24/15
RMR [3] 1/20 25/2 25/11
robust [1] 13/8
Room [2] 1/21 25/16
row [2] 13/2 13/3
Ruling [1] 2/9
run [3] 15/17 21/21 21/24
run -- well [1] 21/21
runs [2] 21/21 21/25

# S

SAENZ [4] 1/20 25/2 25/10 25/11
said [3] 5/3 18/12 18/17
same [2] 14/18 18/22
Samuel [1] 8/12
satisfied [1] 23/19
say [4] 10/7 12/14 14/4 18/23
saying [1] 15/6
says [2] 5/3 5/7
scheduled [1] 24/11
scholastically [1] 14/25
seated [1] 7/1
second [2] 8/10 13/2
Section [2] 20/21 21/16
securing [1] 8/21
see [2] 3/23 14/8
seek [1] 9/15
seen [2] 3/25 14/8
sentence [28]
sentences [5] 15/23 19/1 21/7 21/7 22/1
sentencing [8] 1/10 2/10 3/3 3/16 17/2
 20/15 20/20 21/15
separate [3] 7/20 9/18 13/7
serve [2] 21/20 22/3
served [2] 21/10 22/5
services [1] 22/25
set [4] 6/4 18/11 22/7 24/4
sets [1] 16/14
several [7] 7/23 8/1 10/12 13/1 16/12
 17/20 19/16
shall [9] 22/7 22/10 22/12 22/13 22/16
 22/17 22/20 22/23 22/25
SHAWN [5] 1/7 1/14 3/5 3/10 12/15
Shawn's [1] 12/9
short [2] 14/3 14/5
should [4] 13/12 17/1 20/20 21/15
side [1] 9/9
sign [1] 23/20
Signed [1] 25/8
significant [1] 20/24
simply [1] 11/7
since [1] 13/15
single [1] 15/14
sir [17] 8/2 8/5 8/14 8/17 8/23 9/3 9/6
 9/19 10/9 10/18 10/24 10/25 11/4 11/5
 11/9 18/2 18/13
sir. [1] 7/19
sir. I've [1] 7/19
situation [1] 18/2
six [6] 9/1 9/4 9/12 10/7 18/3 18/3
SMITH [8] 1/14 2/6 2/7 6/23 6/25 7/5
 7/8 7/10
Smith's [1] 3/6
so [14] 4/8 5/9 7/25 10/9 11/7 13/7
 15/2 15/21 17/22 20/22 21/17 21/23
 23/17 24/13
society [1] 14/20
some [11] 3/23 8/6 8/18 14/13 17/19
 19/11 19/12 20/10 24/6 24/7 24/10
somebody [1] 9/18
someone [1] 11/22
something [1] 17/10
sorry [2] 17/17 18/1
sort [1] 14/7
sources [3] 5/8 11/2 20/12
special [6] 6/15 7/12 21/11 21/12 23/2
specifically [1] 23/14
spiral [1] 14/8
staggeringly [1] 16/4
standard [1] 22/7
standing [1] 18/17
start [3] 18/6 21/9 22/4
started [1] 15/1
starting [1] 19/4
state [5] 3/8 7/9 14/22 21/22 22/10
statement [6] 11/23 12/3 12/3 12/13
 12/23 16/24
statements [2] 2/10 5/11
STATES [12] 1/1 1/4 1/11 1/14 3/4
 13/10 17/18 20/21 21/16 23/4 23/8 25/7
status [1] 9/13
stenography [1] 1/24
step [3] 11/10 13/20 24/4
still [3] 9/10 9/14 17/19
Street [4] 1/15 1/18 1/21 25/16
structure [2] 15/2 15/4
stuff [1] 17/22
subject [5] 11/18 11/20 16/25 17/2 21/7

## S

subjects [1] 20/14
submit [1] 12/17
submitted [1] 13/5
substance [6] 3/15 14/10 14/10 19/10 22/17 22/23
substances [1] 22/12
substantial [4] 11/13 13/7 13/8 13/12
substantively [1] 24/1
succeed [1] 15/5
suffering [1] 14/17
sufficient [1] 5/18
Suite [2] 1/15 1/18
supervised [7] 6/13 15/3 16/8 16/9 21/9 22/4 22/6
supplemented [2] 6/5 6/8
support [4] 4/17 4/22 5/10 6/20
sure [3] 15/4 16/12 23/18
Sutton [2] 8/12 10/21
sworn [3] 6/24 6/25 7/6

## T

take [8] 5/13 16/19 17/1 18/20 20/18 20/19 24/12 24/14
talked [2] 7/22 19/15
talking [3] 14/4 15/15 20/1
tangled [2] 17/14 18/14
target [1] 7/24
targets [3] 5/9 10/7 10/11
Tarrant [2] 21/8 22/2
taught [1] 17/21
Telephone [4] 1/16 1/19 1/22 25/18
tell [2] 7/17 15/6
telling [3] 4/16 4/19 4/20
tempted [1] 5/25
tentative [1] 4/2
term [6] 18/19 21/9 21/10 21/21 22/3 22/5
test [1] 22/17
testified [1] 7/6
TESTIMONY [1] 2/6
testing [1] 22/22
tests [1] 22/19
TEXAS [11] 1/2 1/5 1/15 1/16 1/19 1/21 12/11 22/2 25/11 25/12 25/16
Thank [9] 6/1 7/2 7/4 11/11 12/21 12/22 16/20 17/4 24/9
that [119]
that -- those [1] 15/20
that's [23] 3/13 5/8 5/23 8/3 8/23 9/6 9/23 11/23 11/24 13/20 13/23 15/1 15/3 15/19 15/19 16/4 16/5 16/21 18/8 18/23 21/17 21/22 23/3
the -- even [1] 15/24
the -- what [1] 20/10
their [5] 8/21 10/16 18/7 18/10 18/20
them [9] 3/21 17/21 17/21 18/4 18/6 18/7 18/7 18/20 19/23
then [12] 3/21 13/13 13/13 14/25 16/17 17/10 19/7 19/8 19/13 19/13 19/15 19/22
there [12] 3/23 6/2 10/6 11/16 13/1 13/5 13/13 14/12 14/12 14/23 17/10 18/4
there's [5] 4/9 9/14 14/14 14/15 20/10
thereafter [1] 22/19
these [2] 8/19 15/23
they [7] 4/2 8/9 9/8 10/24 14/3 18/17 20/12
thing [1] 16/11
things [3] 13/25 13/25 16/25
think [7] 4/7 5/20 13/20 15/23 15/25 16/4 16/25

thinking [1] 13/21
third [1] 13/3
this [22] 3/13 4/15 7/14 7/20 8/4 9/25 12/24 13/7 14/18 15/15 18/24 20/16 21/24 21/25 24/12 25/8
thoroughly [1] 17/17
those [30]
though [4] 5/25 13/20 13/21 15/12
thought [1] 17/8
three [4] 16/18 19/6 19/7 24/4
three-step [1] 24/4
through [1] 23/4
time [9] 4/15 10/8 12/24 14/4 16/1 16/2 17/3 18/15 21/11
timely [1] 3/18
times [4] 7/20 15/12 19/16 19/25
Tobacco [1] 7/13
today [3] 3/15 17/9 24/2
together [1] 9/15
took [1] 14/3
top [2] 19/15 20/15
total [2] 6/11 18/10
transcript [4] 1/10 1/24 25/3 25/5
TRAVIS [3] 1/7 3/5 3/10
treatment [2] 22/21 22/25
trigger [1] 5/19
trip [1] 15/14
trips [1] 15/20
true [2] 15/9 18/7
try [2] 15/9 18/7
trying [1] 11/24
twice [1] 19/20
two [7] 3/20 7/19 16/14 19/8 19/25 22/18 23/17

## U

under [2] 20/21 21/15
understand [2] 23/18 23/19
UNITED [12] 1/1 1/4 1/11 1/14 3/4 13/10 17/18 20/21 21/16 23/3 23/8 25/7
unlawful [2] 19/9 22/16
unreasonable [2] 24/1 24/3
until [1] 12/19
up [7] 7/1 12/16 15/1 15/18 17/8 17/14 18/14
upon [1] 13/11
urge [1] 13/17
us [2] 7/17 9/21
use [3] 22/16 22/23 22/23
used [1] 8/25
useful [2] 10/16 14/20
using [2] 14/7 14/19

## V

variance [2] 13/5 16/7
versus [3] 1/6 3/4 13/11
very [4] 12/16 14/17 15/12 20/24
VI [1] 6/12
view [1] 21/13
violated [1] 19/13
violent [3] 12/18 14/2 14/15
VOLUME [1] 1/10
voluntarily [1] 17/12

## W

want [12] 4/13 4/17 12/2 12/24 15/11 16/11 17/5 17/18 18/4 18/9 23/17 23/19
wanted [4] 11/19 11/22 11/25 12/14
wants [1] 15/5
warrant [2] 13/14 13/14
was [34]
wasn't [1] 20/5

way [3] 18/8 19/18 21/5
we [13] 4/11 4/11 4/12 5/16 7/22 13/17 15/3 16/8 16/18 18/25 19/4 19/5 24/10
we're [5] 3/15 9/15 15/15 16/1 24/12
We've [2] 5/17 24/11
Weatherford [1] 12/11
welcome [2] 18/18 18/19
well [17] 4/23 5/6 5/24 9/13 11/24 13/19 14/12 14/25 15/2 15/10 16/22 18/24 19/5 19/23 19/25 21/16 21/21
went [2] 17/12 17/13
were [10] 3/23 7/25 8/15 19/23 20/3 20/9 20/14 23/14 24/8 24/8
were -- those [1] 8/15
West [1] 1/18
what [17] 4/5 4/19 11/8 12/10 15/3 15/15 16/4 17/1 17/17 18/21 19/15 20/10 20/13 20/17 20/22 20/24 21/3
what's [1] 9/13
whatever [4] 12/12 12/23 18/18 21/23
whatsoever [1] 14/2
when [17] 3/12 7/22 8/3 8/23 12/16 13/11 13/18 13/20 14/7 14/19 15/1 15/7 18/18 19/19 19/20 21/10 22/4
when -- from [1] 8/3
where [5] 4/7 15/4 18/24 19/16 20/3
whether [4] 5/17 5/18 10/13 13/13
which [5] 5/7 14/1 14/18 20/24 21/2
while [2] 14/16 22/6
who [2] 9/8 24/13
why [2] 12/5 16/5
will [7] 7/9 10/7 16/19 20/13 20/19 22/7 22/22
WILLIAM [2] 1/17 1/18
willing [1] 19/2
wish [2] 6/19 17/13
with -- bound [1] 17/10
withdrawn [1] 4/8
withdrew [1] 4/7
within [2] 13/15 22/17
without [3] 4/3 20/25 23/11
witness [2] 6/25 10/1
Word [1] 2/17
words [2] 9/17 11/6
work [1] 17/22
worth [9] 1/3 1/5 1/16 1/19 1/21 16/3 23/5 25/13 25/16
would [32]
would -- I [1] 13/18
wouldn't [1] 14/4
written [2] 16/16 16/18
wrong [1] 15/8

## Y

yahoo.com [2] 1/22 25/19
yeah [1] 19/5
year [5] 15/16 15/16 15/17 15/17 21/3
years [6] 6/13 15/18 16/3 17/19 21/9 22/4
yes [24] 3/19 3/22 4/15 4/15 4/21 5/23 6/21 7/19 8/2 8/5 8/14 8/17 8/23 9/3 9/19 10/9 10/18 10/24 10/25 11/4 11/5 11/9 12/4 23/22
yesterday [2] 4/7 16/17
yet [1] 9/11
you [78]
you'll [1] 14/8
you're [8] 4/16 4/19 5/4 5/8 9/17 13/20 17/6 23/7
you've [1] 3/25
youngest [2] 12/15 18/3
your [45]