aTJ

ORIGINAL

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

RECEIVED MAY 16 2017 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

May 16, 2017

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 16-10058    USA v. Shawn Cathey
                        USDC No. 4:15-CR-152-8 — A

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order denying certiorari.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Lisa G. Landry, Deputy Clerk
                        504-310-7649

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 15, 2017

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

      Re:  Shawn Travis Cathey
           v. United States
           No. 16-7545
           (Your No. 16-10058)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk